COMPLAINT FORM

**IN THE DISTRICT COURT OF BAXTER COUNTY, ARKANSAS**
**301 East 6th Street, Suite 134**
**MOUNTAIN HOME, ARKANSAS 72653**
**870-425-8910**

fee 65.00
Tract 10.50
75.50

**SMALL CLAIMS** ( X )
**CIVIL CLAIMS** ( )

**CASE NUMBER:** SC-12-109

**PLAINTIFF:** WAYNE H. BETHAM — 870-321-4213 (TELEPHONE)

**ADDRESS:** 193 CR 302 MTN. HOME — AR (STATE) 72653 (ZIP)

**VS**

**DEFENDANT:** USPS DAVE FISCHER Postmaster, 975 COLEY DRIVE — 870-425-3262 (TELEPHONE)

**ADDRESS:** MTN. HOME AR 72653 — AR (STATE) 72653 (ZIP)

**NATURE OF CLAIM:** REFUSAL to Honor INS. CLAIM **DATE CLAIM AROSE:** ____________

**AMOUNT OF RELIEF CLAIMED: $** 1000.00 **PLUS COURT COSTS OF $** ________

**FACTS SHOWING WHY CLAIM IS OWED:**

I INSURED AN ANTIQUE RIFLE BEING SHIPPED to CALIF. FOR $1,000.00 THE RIFLE ARRIVED BROKEN IN HALF. I TRIED WORKING WITH THE INSURANCE CO. SUB-CONTRACTED by THE USPS AND JUMPED THROUGH ALL THEIR HOOPS UNTIL I WAS ASKED IF I WANTED TO RELINQUISH MY CLAIM? I COULD SEE NO OTHER OPTION. I PAID MY MONEY to THE POST OFFICE FOR THIS INSURANCE IT IS UP to THEM to MAKE IT GOOD.

(Use additional sheet if necessary)

**SIGNATURE OF PLAINTIFF(S) OR PLAINTIFF(S) ATTORNEY:** Wayne H Betham

**PLAINTIFFS ATTORNEY, IF ANY, AND ADDRESS:** ____________________

## SUMMONS AND NOTICE TO DEFENDANT

**You are hereby warned to file a written answer with the clerk of the court within 30 days after the date that you receive this complaint [redacted] and to send a copy to the plaintiff or to his or her attorney. If you do not file an answer within 30 days [redacted], or if you fail to file an answer, a default judgment may be entered against you.**

FILED
Date: 12-18-12
Time: 10:50 a.m. p.m.
District Court of Baxter County, AR
DB

**SIGNATURE OF CLERK**

**Original - Court**
**2nd Copy - Defendant**
**3rd Copy - Proof of Service**
**4th Copy - Plaintiff**

**(SEE BACK OF THIS FORM FOR FURTHER INSTRUCTIONS)**